IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| USA, | |
|---|---|
| Plaintiff, | **4:12CB3006** |
| vs. | Violation #1150528 |
| EDWARD L. HEINERT, | **DISMISSAL ORDER** |
| Defendant. | |

The government's motion, (Filing No. 40), is granted. The charges pending against defendant Edward L. Heinert are dismissed.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge