Zbf67IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:12CR3006 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATION: P 0338529 |
| v. | ) | |
| BRADLEY KASTENDICK, | ) | ORDER |
| Defendant. | ) | |

Upon motion of the government, the violation is dismissed.

IT IS SO ORDERED this 20th day of November, 2012.

_____
CHERYL R. ZWART
United States Magistrate Judge